IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                          Criminal Action No.
                                                           23-00183-01-CR-W-BP

JOHN A. GANT,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Count One – Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: David Barnes
    Case Agent:   TFO Steve Cook
    Defense: Lesley Smith

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   Defendant would file motions in limine if the case were to go to trial.

**TRIAL WITNESSES**:
    Government: 6 with stipulations; 9 without stipulations
    Defense: 1witness, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 25-30 exhibits
    Defense: no additional exhibits

**DEFENSES**:
    ( x )   defense of general denial
    (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial                    (   ) Possibly for trial
    ( x ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
      Government's case including jury selection:   1 ½ days
      Defense case:   ½ day

**STIPULATIONS**:
      (  ) not likely
      (  ) not appropriate
      ( x ) may be likely as to:
            ( x ) chain of custody
            (  ) chemist's reports
            ( x ) prior felony conviction
            ( x ) interstate nexus of firearm
            (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: October 16, 2023
      Defense: October 16, 2023
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**: October 16, 2023
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: October 16, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing October 30, 2023
      **Please note**:   *Defense counsel has a conflict with the second week of the docket.*

**OTHER**:
      (  ) A _____-speaking interpreter is required.
      (  ) Other assistive devices: _____

      **IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge